IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHELTON MITCHEL,

    *Petitioner*,

v.                                          Case No.: 4:21cv389-MW/MJF

RICKY D. DIXON,

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 15, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Shelton D. Mitchell*, Leon County Circuit Court Case No. 2014-CF-3521, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall

close the file.

**SO ORDERED on February 27, 2023.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**