# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**SHELTON MITCHELL,**

    *Petitioner*,

v.                                   Case No.: 4:21cv389-MW/MJF

**RICKY D. DIXON,**

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 15, and has also reviewed *de novo* Petitioner's objections, ECF No. 22.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 15, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Shelton D. Mitchell*,

Leon County Circuit Court Case No. 2014-CF-3521, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on May 2, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
